1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

AMERICAN FAMILY CONNECT
PROPERTY AND CASUALTY
INSURANCE COMPANY,

Case No.:  25-cv-1293-JO-SBC

12

13

Plaintiff,

**MINUTE ORDER GRANTING
PLAINTIFF'S MOTION FOR
SERVICE BY PUBLICATION, AND
GRANTING IN PART AND
DENYING IN PART PLAINTIFF'S
REQUEST FOR A 90-DAY
EXTENSION [DKT. 11]**

14

v.

15

DEEN ET AL.,

16

Defendants.

17

18

On August 14, 2025, Plaintiff refiled its motion for service by publication and

19

requested a 90-day extension of time to serve Defendants.  Dkt. 11.  Service by

20

publication is permitted when a party cannot, with reasonable diligence, be served by

21

other means and the plaintiff submits an affidavit with independent facts demonstrating a

22

cause of action.  Cal. Civ. Proc. Code § 415.50(a); *Rios v. Singh*, 65 Cal.App.5th 871,

23

880 (2021).  Service by publication must be made in a newspaper of general circulation,

24

once weekly for four consecutive weeks, and must be likely to provide actual notice.  Cal.

25

Civ. Proc. Code § 415.50.

26

Here, Plaintiff's counsel confirmed Defendants' address, attempted personal or

27

substitute service on five occasions without success, and sent a prepaid waiver of service

28

1   that was returned to the sender.  Dkt. 11-1 ¶¶ 4–16.  Further, the declaration of Caitlin

2   Zapf includes facts regarding the insurance policy at issue and the underlying lawsuits for

3   which Defendants seek coverage.  *Id.* at ¶¶ 25–31.  Moreover, the Court takes judicial

4   notice of the fact that the Defendants are parties of record in *Khwaja et al. v. Federal*

5   *Insurance Company et al.*, case no. 22-cv-1351-JO-SBC, a matter before this Court.

6   Plaintiff has also represented that it notified attorney Thomas Quinn, Defendants' counsel

7   of record for that case, of this action.  Dkt. 11-1 ¶¶ 18–19.

8          Because Plaintiff has demonstrated reasonable diligence and provided facts

9   supporting causes of action for a lack of duty to defend and the right to recoup defense

10  costs, the Court GRANTS service by publication, and GRANTS IN PART and DENIES

11  IN PART Plaintiff's request for a 90-day extension [Dkt. 11].  The deadline for service

12  on Defendants is extended to November 17, 2025.  Plaintiff is ORDERED to (1) publish

13  the summons below in The Coast News, a newspaper of general circulation in San Diego

14  County, in compliance with Cal. Civ. Proc. Code § 415.50, (2) mail the complaint and

15  this order to 17911 El Brazo, Rancho Santa Fe, CA 92067 and P.O. Box 2707, Rancho

16  Santa Fe, CA 92067, and (3) email Defendants' counsel of record in *Khwaja et al. v.*

17  *Federal Insurance Company et al.*, case no. 22-cv-1351-JO-SBC.

18

19                  SUMMONS TO ISHA DEEN AND KASHIF KHWAJA

20          *American Family Connect Property and Casualty Insurance Company v. Isha*

21  *Deen and Kashif Khwaja*; Case No. 25-cv-01293-JO-SBC, U.S. District Court for the

22  Southern District of California, United States Courthouse, 221 West Broadway, San

23  Diego, CA 92101, Courtroom 4C.

24          Notice to Isha Deen and Kashif Khwaja: You have been sued.

25      1. American Family Connect Property and Casualty Insurance Company has filed a

26          Complaint for Declaratory Relief and Recoupment against you seeking a

27          declaration of its rights and obligations under the Policy with respect to its duty to

28          continue to pay the defense fees for you, to pay for any judgment against you and

1      to recoup defense expenses already incurred in defending you against the cross-

2      complaint in the lawsuit entitled *Deen v. Deen*, in the Superior Court for the State

3      of California, County of San Diego, Case No. 37-2016-00022636-CU-OR-

4      NC.  The Complaint is also seeking a declaration of rights and obligations under

5      the Policy with respect to the duty to pay defense fees, and to recoup expenses

6      already incurred on your behalf in the lawsuit entitled *Deen v. Fitzgerald Yap*

7      *Kreditor, LLP* filed in Superior Court for the State of California, County of

8      Orange, Case No. 30-2018-01022313.  The Complaint is also seeking a declaration

9      of rights and obligations under the Policy with respect to the duty to pay defense

10      costs for noncovered claims and to recoup defense expenses related to noncovered

11      claims and defense expenses that were not reasonable and necessary to your

12      defense of the cross-complaint in the lawsuit entitled *Deen v. Fitzgerald Yap*

13      *Kreditor, LLP*, in the Superior Court for the State of California, County of San

14      Diego, Case No. 37-2021-00015644-CU-FR-NC.

15    2. Unless you file with the District Court, and serve upon American Family Connect

16      Property and Casualty Insurance Company's attorney Caitlin R. Zapf, a response to

17      the Complaint within 21 days after service of this summons, default judgment may

18      be entered against you.  The address for Caitlin R. Zapf is Woolls Peer Dollinger &

19      Scher, 12401 Wilshire Blvd., Second Floor, Los Angeles, California 90025-1089.

20

21      **IT IS SO ORDERED.**

22 Dated: August 27, 2025

23

24                         _____

25                         Hon. Jinsook Ohta

26                         United States District Judge

27

28

25-cv-1293-JO-SBC